UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Basil Okocha, | ) | Docket No.: 2:06-cv-01791 (JLL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Laboratory Corporation of America, | ) | |
| Center for Family Health, Hoboken, | ) | |
| NJ | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** having been brought before the Court by Hardin, Kundla, McKeon & Poletto, P.A., Counsel for Defendant, Center for Family Health of Saint Mary Hospital (improperly plead as Center for Family Health, Hoboken, NJ),

**IT IS ON** this ___7th___ day of January, 2008, hereby,

**ORDERED** that Plaintiff's motion *in-limine* is premature and DENIED without prejudice;

**IT IS FURTHER ORDERED** that the August 2, 2007 Scheduling Order is Amended such that Plaintiff is allowed to file *in-limine* motions along with his narrative written statement on April 4, 2008 with a return date of May 23, 2008.

**IT IS FURTHER ORDERED** that Defendants *in-limine* motions, if necessary, are to be filed on April 11, 2008 along with their narrative written statements with a return date of May 23, 2008.

*s/Claire C. Cecchi*

_____
The Honorable Claire C. Cecchi, U.S.M.J.